Okay, we'll call the case the United States of America versus William Carthens. Mr. Epstein. Thank you, Your Honor. Good afternoon and may it please the court. My name is Robert Epstein. I'm here today on behalf of the appellant, Mr. William Carthens. With the court's permission, I'd like to reserve three minutes of my time. That request will be granted. Thank you, Your Honor. The issue on this appeal is whether the district court committed legal error in its analysis of the acceptance of responsibility issue. We submit the court did for three reasons. First, the court misapprehended the nature of the burden of proof here. The court believed that because Mr. Carthens had the burden of proof on this issue, that it was incumbent upon Mr. Carthens to come forward with actual evidence. That it was insufficient for his attorney to make argument with respect to undisputed facts concerning the acceptance of responsibility issue. There was an alternative holding, right? Yes, Your Honor. The district judge said, summarizing, there were eyewitnesses, there was a police report, there was a videotape that showed Mr. Carthens being involved in the purchase of $800 worth of Parada shoes with a false identity. District court wasn't precise about the involvement, but noted that it showed he was involved. And of course, we know from the record that it was that involvement that led to a finding of probable cause and an arrest warrant, right? With respect, Your Honor, no, that's not correct. That's not what the district court found here. In was not making a finding with respect to Mr. Carthens' conduct in the New Jersey case. He said, and I quote from page, this is from page 194 of the appendix, no one has proven at this hearing that he did commit a crime in New Jersey. Only suggested that he was arrested for such a crime. And he went on further there to say, I am not making a finding with respect to his conduct. The district court's second hearing here. That's right. Didn't say I'm making a finding that the crime was committed, but did make a statement that there was evidence, not just an arrest, but there was eyewitness, police report, and videotape showing Mr. Carthens at the store and indicating some involvement. You're saying that the district court didn't observe those things? The district court concluded as a matter of law that he was going to rely solely upon the arrest. And he said, a number of the cases I cited involved cases where there were new charges involved arrest for which the defendants were not convicted or for which charges were dismissed. But the cases I cited uniformly hold that's enough. There does not have to be, there's no suggestion that the judge has to find by even a preponderance of the evidence that the defendant was guilty of those charges. And then he then says at page 192 to 193, I conclude, as my colleagues did on the Third Circuit, that the defendant's arrest is sufficient evidence to satisfy me that the defendant, by a fair preponderance of the evidence, did not withdraw from criminal conduct or association. And that the government doesn't dispute. That is a misstatement of the law. This court made clear in Berry that a mere arrest is not sufficient. Well, that was for an upward adjustment. That was, Berry did not deal with, that dealt with an upward adjustment, I think. No, actually, Your Honor, Berry dealt with a sentence within, the court was considering, the district court in that case was considering the arrest in that case for purpose of where to end the guidelines. There was a lot of speculation. There was, the court in Berry speculated as to what the arrest that they were using was for. In fact, it was for the same case. Here, there's no speculation about the New Jersey incident. That's right, and the court isn't even making any findings with respect to New Jersey. Isn't this case different than Berry? No, it's actually the exact same because the court, it's even worse in a sense than in Berry because here the court isn't even speculating about what went on in New Jersey. He's saying, I don't need to. A mere fact of arrest is enough for me to make this determination, and what this court said in Berry was, determination. Determination on what? On whether, in fact, he didn't even make the determination with respect to quote-unquote whether or not Mr. Carthens accepted responsibility. Wasn't he using it to conclude that he hadn't met his burden, that he accepted responsibility, and isn't that a major difference? No, because, respectfully, it's not because in Berry, this a court cannot rely on the mere fact of arrest, and this court said whether it's an upward departure, downward departure, guideline adjustment, or where to sentence within the sentencing range. I thought that the judge, the panel in Berry, said they would have difficulty with it with raw speculation being used for any purpose, but where is the raw speculation in observing that there is evidence of criminal involvement? All the judge is relying upon here, though, is the arrest. He's specifically not making a finding based on any evidence because, quite frankly, no evidence, no actual evidence, was presented to him, and he says that here. No one has proven this to me at this hearing that a crime actually occurred. There was references to the fact that there was a videotape, but there was no playing of the videotape. There was no even representations on the part of the government attorney or the probation officer as to what is on the videotape. It may well be, as Mr. Carthens said, that his friend is the one who committed this offense, and that may be what is shown on the videotape. We have no clue from this record, and, in fact, the court said it may be, and the government, in their response to brief, said, yeah, that's a possibility. It may be that Mr. Carthens' friend committed this offense, and Mr. Carthens would have had no knowledge of what was going on here. There was no evidence presented to the court, and that is why the court said, I'm just relying on the arrest. Yeah, let me ask this. You have given the back of your hand in your briefing to the idea that the district court could draw a conclusion from the fact that Mr. Carthens was with the perpetrator, if Mr. Carthens' story is accepted, assuming it's true that his friend is the lowlife here and not him. The district court said, even if I assume that he's the actual perpetrator, the friend, this is enough to tell me that he's associating with criminals. Now, other than your assertion that that's pure speculation, is there, well, let me ask it this way. Is it impermissible for a judge to make an inference based on being present and with people engaged in fraudulent activity, when what you're being sentenced for is fraudulent activity? The problem with it here, Your Honor, is that the judge made no finding that Mr. Carthens would have had knowledge that his friend was committing an offense. Now, this provision, the government doesn't dispute it. Isn't that fairly inferable from what he's, I'm looking at page 191 in the record, page 80 of the transcript, excuse me, 193, where the judge says, even if the defendant's what happened in New Jersey, at least as related in the pre-sentence report is correct, that it wasn't the defendant who did it, it was his friend who did it in Lindstrom's, etc. And then he goes through, the videotape captures him doing it together, defendant was there, I believe it captured a friend. That would indicate to me, and I so find, that the defendant has not withdrawn from criminal associations. Why can't the judge make an inference like that? Well, what he's not making there, he's not making an inference, and he's certainly not making a finding, and there was no evidence presented that Mr. Carthens would have had knowledge that his friend. He says he's making a finding. But he's not making a finding of knowledge, Your Honor, and that's the point here, and that's the legal issue. Whether this provision is one of strict liability, that if you're with somebody and they commit an offense, they take out a credit card that is stolen, that you're somehow on the hook for that, even though there was no basis for you to know what they were doing. And the judge never addressed that issue. This wasn't a contention that the government was making at the hearing. The government's argument was, he was arrested for this, therefore he shouldn't get Mr. Epstein, what's our standard of review? The standard of review here is to know that there are three legal issues that are presented here. One regarding the burden of proof, the second regarding the judge's determination that a mere arrest is sufficient, and the third being whether this provision should be interpreted as one of strict liability. The factual determination of whether... Wait, wait, wait, wait, wait, wait, wait. Mohamed, and Lesner, and Saccarini all seem to indicate that whether or not somebody has made out a showing that they're entitled to a reduction for acceptance of responsibility is reviewed for clear error. That is correct, and those cases also go on to say, Saccarini in particular, and the government doesn't dispute this, and they're brief. Okay, I ask you for what's our standard of review. That the legal, but when the issue is the court's legal interpretation of the acceptance of responsibility provision, that's reviewed de novo. Now there's three legal questions presented here. Wait a minute. You're saying that's reviewed de novo, but what are we reviewing? We're reviewing the court's determination that a mere arrest is a sufficient basis to make this determination. No, no. Aren't we reviewing whether or not the court determined that your client met his burden of proof that he was entitled to the adjustment for acceptance of responsibility? Okay. Isn't that what we're determining? Two answers in that regard. In making the ultimate determination, the court here is interpreting the is erroneous, and there's really no dispute on from the government. He's making a determination that a mere arrest is a sufficient basis to make this determination on. There's really no dispute that he was erroneous with respect to that. And finally, there's a legal question as to whether the provision in the application note regarding associations should be interpreted as a matter of strict liability. Yeah, but aren't you kind of blowing past the position that I take the government to be making, which is that the judge could properly have inferred criminal association on this record, and in fact did, and that that's not clearly erroneous. The legal issue there is whether the judge would have to make a finding in that regard of whether this provision requires. I know you're saying he didn't make a finding, but I read the language and he says that would find that the defendant has not withdrawn from criminal association. That's right on the heels of him saying he's on tape being with this person, and I guess I could read that and say, well, he made an illogical jump. Or I could read that and say he's making an inference of knowledge based on the guy being there. And if I read it the latter way, have I just stepped outside the bounds of the law? Respectfully, yes, Your Honor, because the judge isn't making that an express finding. There was no evidence to that effect. The government wasn't arguing that he had knowledge of what his friend was doing. The judge went on for 17 pages of the transcript reading decisions which he thought meant that a mere arrest was a sufficient basis to make the determination. Mr. Epstein, wasn't the criminal complaint enough? Didn't that provide the District Court with a permissible factual basis to conclude that your client had not withdrawn from criminal conduct or associations? And isn't that a difference here? No, Your Honor. I would submit no, because the complaint itself is not reliable evidence. More importantly, though, the judge didn't make that determination here. The judge didn't say, on the basis of this complaint, I'm finding that you did this. The judge said, I'm not making this. He said, the judge said, based on the reading of that complaint, I am finding that you have not He said it on the basis of the arrest, and he was quite clear about that. He said, I've read these 12 decisions. They tell me that the mere fact that you're arrested is a sufficient basis. He didn't say the complaint provides me with reliable evidence of the fact that you actually did this. He said, I'm not finding that you did this. Mr. Epstein, you've said that the government didn't make this argument about the criminal association. Is that legally meaningful? Does the judge have to confine him or herself to what the government or the defendant chooses to argue, or can the judge look at the evidence and say, look, this is what I see, and this is how I look at what's in front of me? Absolutely. The judge is not confined to what the government is arguing, but my point here is this. When Your Honor is asking, can I, and is it proper to infer that the judge was making a finding of knowledge here, one of the points I have in response is, nobody was arguing. The government wasn't arguing. Judge, you can infer that he had a knowing association here. There was no suggestion of that. Isn't it fairly implicit, I guess is the question, and I understand your position, which is, no, it's not fairly implicit, but I guess when I read in the same paragraph the judge saying, these guys are on videotape together doing this, and, to me, that indicates, and I so find, he hasn't withdrawn, it doesn't seem to me like a giant leap, inferentially to say, he was finding that, he was, he was accepting that this was a knowing association, not that this was an innocent guy who happened to be caught with a bad friend. No, I don't agree, Your Honor. I think at that point he's simply saying, either you did it or you're with somebody who did do it, and if you're with somebody who did do it, that's enough. All right, we'll have you back on repo. Go ahead. If we were to agree with you that the judge misread the fact that the mere arrest is sufficient to find that he's involved in the underlying crime alleged, without any proof before the judge, and that the mere presence at the occurrence of a theft, without any proof before the judge that he was involved in the theft, or knew the man was going to be involved in stealing, if we agree with you, and we reverse the determination of the district judge in this case, do we send it back to the district judge for resentencing, telling him to reevaluate the, whether or not you should get the responsibility, acceptance of responsibility, or do we state that as a matter of law, your client was entitled to, at the time of the original sentence, the acceptance of responsibility, even after, even if there be facts later on, maybe even he's proven guilty of the crime alleged, but do we send it back for the sentencing based upon what the facts were at the time you were originally before the judge at sentencing? Your Honor, it's certainly not our contention that as a matter of law, he gets acceptance of responsibility. It's our contention that the court should reevaluate this without the mistakes of law that the court may, and I just wanted to point out, and I apologize for not pointing this out in the brief, because I think it's significant. At page 282 and 283 of the appendix, the court, after having made the legal determination that he doesn't get it because there was an arrest because of the burden of proof issue, the court, after hearing from Mr. Carthens, actually said, I believe he's fully accepting of the responsibility for his actions and is remorseful and has apologized to the court. So I would suggest if this court did see fit to send this case back, the result could well be different here. Yeah, okay, but your position is that he would be sent back for sentencing without any inference made by reason of the mere arrest or mere presence of the occurrence of a crime. Yes, Your Honor. All right. Okay, we'll have you back on rebuttal. Ms. Eve. Good afternoon. May it please the court, I'm assistant United States Attorney Anita Eve. I'm representing the United States in this matter. Your Honors, this case is all about the burden of proof and the failure by the defense to establish or to meet their burden of proof by establishing acceptance of responsibility by a preponderance of the evidence. Well, did the district court get it wrong right out of the box? I'm sorry, go ahead. No, go ahead. I beg your pardon. Just, didn't they, didn't the district court get it wrong right out of the box by saying you have to come forward with proof? I mean, 3E1.1 says that the plea itself is substantial evidence of acceptance of responsibility. So how, how can we read what the district court did right out of the gate without thinking error? Well, Judge Jordan, I believe that the court invited the defense to establish acceptance of responsibility. One of the things that the court could not ignore at the time of sentencing was the fact that between the time of the plea and the time of the sentencing, the defendant had been arrested. Well, let's stick with the, let's stick with that first issue though. The first issue and the one that your opponent hit as soon as he stood up practically is the, is the court's opening salvo on page 188 of the mix, page 77 of the colloquy where the court says the defendant presented no evidence at this hearing to support the request. The defendant has failed, therefore, to establish by a fair preponderance or by any standard of proof that he's entitled to receive a downward adjustment. And I, and I guess my question for you is, since he pled and the guideline itself says that that all by itself is significant evidence, how could the district court be right? Well, the court can be right because not only does the, the guideline provision that affords a defendant acceptance of responsibility also points out the fact that there are certain circumstances, which exist in this case, that may deny, may be cause for the court to deny the defendant acceptance of responsibility. Absolutely. But that's not what the court said. The court said you came forward with no evidence and that's just flat wrong, isn't it? I mean, isn't, unless I'm reading 3E1.1 wrong, he, he did come forward. He had evidence. He had his guilty plea and the, and the law says that's evidence of acceptance of responsibility. That is, but I think that I'm trying to, I mean, I don't want to restate Judge Gardner's position, but I think what the court was doing was they were looking for is, does not afford him acceptance of responsibility as a matter of right. Yeah, but there are dozens of cases. We get cases here every day of the week where the defendant does not have to put forth any direct evidence, which the trial judge here required in order to consider that there be an adjustment for acceptance of responsibility. In other words, he foreclosed any, anything unless the defendant came forward with proof, evidence. He wanted, he wanted some sort of evidentiary hearing. And as, as, as has been indicated, that is, is totally wrong, but I'd like to go one step further. One of the things he held against the defendant in this case is that he was arrested. Now, you and I have been, I'm sure, at literally hundreds of cases where juries are told, instructed at the, in paneling, in summation, at instructions, that the fact that someone has been arrested is proof of nothing. It's to be taken as nothing, and it's not to be considered of, of proof of anything. The judge here, I think, made a question, made a mistake of law, because he found that as a matter of fact, because the defendant was arrested, that he was involved in criminal activity beyond the matter for which he was being sentenced. What, why am I wrong in the judge made a mistake of law by saying that the very fact that he was arrested without any proof before the judge as to the bona fides, there was nothing before the judge except the arrest. Why is it that error of law in, not on the part of the trial judge here? Judge Cowen, I believe that you may be misstating things here in that what Judge Gardner had before him was something more than just a bare arrest of the defendant. What else did he have before him? He had certain facts with regard to the circumstances that occurred at the Nordstrom's department store. You're talking about the, the, he didn't look at any of the videos, he didn't hear any evidence as to what occurred at, at Nordstrom's. He knew the arrest was at Nordstrom's because of, of, of what was, what was told to him, but he received no evidence. There wasn't anything that, there was no proof that, that other than the arrest, nor was there any evidence that he knew that the man he was with was going to steal or was conspiring with the man to steal. Was there any evidence of that before the judge? Your Honor, I don't believe that there was, this, this issue with regard to the friend, that came out of the words of, out of the mouth of the defense counsel in this matter. I mean, the complaint itself doesn't make any reference to a friend. What the court had before it were the facts and circumstances that had the complaint itself, the allegations set forth in the complaint, and the fact that it's at Nordstrom's, the fact that it's, you know, Prada shoes that are, that, that are, are, that are being attempted to be purchased by the defendant. Was it permissible for the court to review that criminal complaint at that stage in this Your Honor, I believe that at the time of sentencing, the court can rely upon any reliable information that it deems worthy. In this particular case, where the defense has that burden of proof, if they're want acceptance of responsibility, burden of proof lie with them, not with the court to try to establish it for them. I think I disagree with you there. The judge relied, let's get back to the arrest of the friend. The only thing the judge had before him was that the friend was arrested and the defendant was present. There was no proof before the judge that the defendant knew the friend was going to steal. There was no proof before the judge that the defendant was a, a confederate with the, with the person who actually did the stealing. He only had the allegations of the arrest. There was no proof before the judge that the defendant was involved. Once again, you and I have been present at, I'll say a couple of hundred criminal trials where we instruct the jury mere presence at the occurrence of a crime is not proof of involvement. You could be standing next to someone killing someone and it's no proof without more that you're involved in that murder. We have a case here where the judge said the fact that he was with his friend at the time means he was involved in that criminal activity where the friend was trying to steal shoes or whatever. Isn't that a, is that a mistake of law when he used that fact to find that there was no acceptance of responsibility? I don't believe that the court was wrong. I think that in this particular case, I mean, again, we keep talking about this friend was arrested. The only criminal complaint that the court had at the time of sentencing was a criminal complaint charging William Carthens with identity theft, with credit card theft, fraud, fraudulent use of a credit card and wrongful impersonation. The charges were against Mr. Carthens, not against somebody else. It's like an elephant sitting in the courtroom. I mean, the court had to, I mean, he couldn't ignore it. In other words, he could, he could infer the fact that he was next to the friend that he was involved in this theft. Well, the court could make... Is that the elephant you're talking about in the courtroom? The court made a number of inferences here because there was, the court was skeptical about the allegations being, or the argument made, made by the defense. You'll acknowledge that other than the facts of the complaint. Yes. The judge took no evidence as to whether or not the charges of the complaint were meritorious. He took no evidence whatsoever. Is that correct? That's correct. All right. So what the judge based denial of the acceptance of responsibility on was, number one, that he was arrested. No proof that he's guilty of the arrest. And number two, he's present with his friend when this fraud was going on. Once again, you have two Number one, an arrest is not evidence of anything without more proof. And number two, presence at a crime is no evidence of guilt. Miss Eve, didn't he also have a letter from the pretrial services? He did, your honor. So there was the letter and the criminal complaint that referred solely to Mr. Carthens. Yes. Okay. Did the letter have any evidence in it? There it had the fact that it was being processed, but it had no evidence of any involvement in the theft at all. Is that correct? I'm sorry, could you restate that? He had this from pretrial services. He also had the complaint, of course. Yes. But there was no evidence whether or not the man was guilt of the merits of any of these claims of the arrest. Well, in terms of evidence, all of these items that you've just referred to can be considered as evidence in this case. But one of the things... You're saying the arrest, the complaint leading to the arrest is evidence. Is that your position? I'm not suggesting to the court that it was evidence of guilt. I'm saying that it was evidence in terms of something that the court can rely upon in making the determination of whether or not this defendant has accepted responsibility, whether he has engaged in conduct that would be inconsistent with him accepting responsibility. But the only thing before the judge is the charge. There's the pretrial service letter, the complaint. There's no evidence. It's like someone charging you and saying, well, that's enough. You're guilty. What evidence was before the judge that said that this arrest and complaint were meritorious, except the very, the warrant and the arrest? There was nothing more than that, Your Honor. But the thing is that, again, it comes back to what evidence was there that the defendant accepted responsibility. That was the... The evidence is he pled guilty and he cooperated with the government and the prosecutor acknowledged that. I did not... I'm sorry, Your Honor. I don't believe that I ever indicated at any point in time that the defendant had cooperated with the government. The record indicates... He said he cooperated with the processing of the, of the, of the, of whatever was going on there. He pled guilty and he didn't give you any problem. That's correct. And you acknowledge that? I did acknowledge that. The only other thing before the court is that he's arrested, but no evidence that he's guilty of what he was But no... The judge heard no evidence that he was guilty or not guilty. That's correct. And it would have been... Would it possibly could have been a violation of due process if Judge Gardner had made a determination of guilt or innocence based on the information that he had. But that was not what the purpose of that hearing was. What was the purpose? The purpose of the sentencing hearing was to determine what sentence was appropriate for Mr. Carthens. At that point in time, Your Honor, the defendant had admitted his criminal conduct, the charge, the counterfeit charge. But there was information that was made available to the court in terms of the criminal complaint out of New Jersey. The complaint was before the court, but was there any proof as to merits of that complaint before the court except the complaint? You had the complaint. You had the letter from pretrial services indicating the information from the police detective. The fact that there was an eyewitness to Mr. Carthens engaging in the criminal conduct. And there was a videotape. But was there any evidence that the judge made a finding that this is very probably... In other words, did the judge make any... Matter of fact, he specifically said he was not making any finding. He did the exact opposite. He said, I'm not finding any that you're guilty of this or not. That's correct. Well, can I... Let me ask a question, which is puzzling to me. There's a statement on page 282 to 283 of the appendix where the district court judge says, I believe he, Mr. Carthens, is fully accepting of the responsibility. Has he ever said something that Mr. Epstein and his colleagues in the Federal Public Defender's Office point to and say, hey, what do you think of that? And I guess I'm asking you, what do we make of that? What do we make of a district court judge who says, you haven't accepted the responsibility, but I find you're remorseful and fully accepting responsibility. Does that create a problem in the record that requires us to send this back and say to the district court judge, what exactly were you thinking there? Judge Jordan, when Judge Gardner made that comment, my initial reaction was that what the court was finding was that he recognized the fact that Mr. Carthens had accepted responsibility for the activities that he engaged in at the Lehigh Valley Mall in terms of the counterfeiting. But what the court did not find, and the basis for the court denying acceptance of responsibility is because the court believed that there was other activity that the defendant had engaged in between the time of the plea hearing and the sentence hearing, and that the defendant had not presented any evidence to the court to justify acceptance of responsibility. Well, this is a term of art, isn't it? Acceptance of responsibility, that's a phrase that's with legal meaning. So if you say, I fully accept that you have accepted responsibility, doesn't that, shouldn't that have some legal implication for whether the man gets the credit for accepting responsibility? No, I think that at that point in time, well, I think Judge Gardner's position was, you've accepted responsibility for this counterfeiting activity, but in terms of the activity that you've engaged in two weeks prior to sentencing, however, you know, you haven't proved to the court that you have disassociated yourself from others engaged in criminal conduct. Should they have, should Judge Gardner have considered the argument of counsel that in fact he was not involved, that it was really the other individual? Since he looked at the letter, he also considered the counsel's argument to that regard. Well, if counsel had made that argument on the record and argued it, I think the court could have taken that. Where was it made? I'm sorry? Where was, where did that come from then? The defense at the time of the sentencing hearing said we vehemently deny the defendant's criminal conduct, but... Denial and placement of responsibility on the alleged co-defendant, isn't that enough? Judge Gardner did not feel like it was. What facts did the judge rely upon? Because he certainly found out that he was, that he was entitled to accept responsibility for the crime he pled guilty to. What facts, originally without the complaint, subsequent complaint, what facts did the court rely upon in changing his mind that because of the arrest he should not get acceptance of responsibility? What facts did he rely on? I think that in the record the court stated that he felt that the defendant had not disassociated himself from criminal conduct or associations with individuals who were engaged in criminal conduct. The reason is the fact that he was present when the co-defendant got arrested, correct? Well, again, your honor... Well, is that what the fact is? He was present. He denied any involvement. He denied any involvement. However, your honor, there was, there was the representations made to the pretrial services officer who included that information, or provided that information to the court that indicated it was the defendant who engaged in the criminal conduct in New Jersey. What's our standard of where are you talking about in the pretrial? What evidence was before the judge that he was involved in this with the pretrial services? 109. 109? Yes. I'll look at that later on. Okay, the criminal complaint I understand is appendix page 111. Now that I've read. That's just a complaint. But there's a trial service is a matter that was referred to by the prosecution. Yes. He's, he's quoting the information that was given by the prosecution leading to the arrest. You say by the prosecutor, the pretrial services was in touch with the individuals up in Middlesex County, your honor. Yes, yes. And based on their information, that's how pretrial services was able to notify the court that there was a videotape showing the defendant engaging in criminal conduct. No reference to a friend. That an eyewitness had ID'd the defendant, not a friend. That information was before the court. And in answer to your question, Judge Fisher, the standard of review is clear error. We submit that there was no clear error here. Okay. Thank you. Thank you, Miss Eve. And we'll have Mr. Epstein back for his rebuttal. Thank you, your honor. I think there's some confusion on the part of the government here. The government says that what Judge Gardner found here was that he accepted responsibility for the offense of conviction. Well, that, that's the issue. 3E1.1 says if the defendant clearly demonstrates acceptance of responsibility for his offense, decrease the offense level by two levels. It wasn't that at a different phase of the sentencing. He, he had already ruled on the adjustment. And the language as Judge Jordan referred to was that the 3553 stage of the sentencing. Was it not? It was, your honor. Okay. So isn't there, there's a, there's a huge difference. I think what it shows is that there was fundamental confusion below on the part of the district court. I think what happened here was that the district court got it wrong as a matter of law with respect to the issue of the burden of proof, believing that. That's another argument. That's another argument. Right. And also got it wrong with respect to the mere fact of arrest, mere fact of arrest being a basis to deny this reduction. But when it came down to the factual issue of whether this man accepts responsibility for his offense, the judge couldn't have been clearer that he believed he did. And I think, unfortunately, the proceeding was infected by a legal error. You just said the bare fact of arrest. And of course, there's, we've heard the colloquy here between the bench and Ms. Eve about what was before the district court. But it's, it's undisputed, right, that the district court did have, in addition to the arrest, had whatever facts could be gleaned from the, the arrest warrant. I guess that's wrong. The police report, the criminal complaint, it's at 111. And the, and had the additional information summarized by the pretrial office on 109 to 110, right? Yes, your honor. Why, why is that, since we're not laboring, a district court judge isn't laboring under the rules of evidence at this juncture. And some people, you know, have maybe a policy problem with that, but it is what it is, permitted, fully permitted to look at, at evidence. As long as the district court deems it reliable, why can't the district court rely on the representations of the pretrial service office based on information gathered from New Jersey State Police and eyewitnesses? Okay, three responses. First, the court didn't rely on it. And that's, that's the most important here. The court didn't say, all right, I see this quote-unquote evidence. I'm going to rely upon it and make a finding that you did this. Court specifically said, I'm not doing that. I'm not making a finding. I'm just relying on the arrest. That's what the court said. Second, when we look at the quote-unquote evidence, there is none. There's just allegation. They don't come forward with the videotape. There's no representation as to what's on the videotape. My friend here said that the videotape shows the defendant doing it. There's no allegation of that. That's not in the statement. It's just a statement saying there's a videotape, but not what's on the videotape. Yeah, but there's a statement at page 109. The detective, Joe Johnson, Milburn Police, advised evidence includes witness identification and the defendant is seen on videotape. I mean, there's nothing there about, you know, there are two guys and there's confusion. It's somebody saw this guy doing the crime and he's on tape doing it. Now, if a district court judge says, well, I'm prepared to believe my pretrial sentence office and that there's an eyewitness who says Mr. Carthens did it, that's sufficient for me, beyond a bare arrest, to say, well, you don't, you, Mr. Carthens, bearing the burden of proof, don't get over the hurdle. A, the district court didn't say that. That's your big point, right? B, what this court said in Berry was that a court, a district court judge can consider underlying conduct where reliable evidence of that conduct is presented, which it wasn't here, or where the PSR adequately details the underlying facts without objection from the defendant. And here, there clearly was an objection from the defendant with respect to these allegations. And the memo itself that the district court judge got also informs the district court judge that the defendant denies any wrongdoing. He says a friend of his is the one who was with him and did this. So there was no, but in Berry, in Berry, there was nothing. In Berry, there was nothing. There was nothing. There was the functional equivalent. There was an allegation. Okay. And that is all we, an allegation without any actual proof. And we have a judge who's not relying on those I'm not making a finding. Two separate things though, right? He expressly said I'm not relying on it. Leaving that aside for a second, you got to acknowledge that here there's something, whereas in Berry there was nothing, right? Right. But I would argue the something here is the functional equivalent of nothing. All right. The pretrial services report, that wasn't before the, the district judge didn't put that in evidence, did he? No. I mean, when did that come up? Shortly before the sentencing hearing, the probation officer provided it to the district court judge. But this judge didn't mention anything, the evidence concerning the, the pretrial services report, did he? No, Your Honor. Well, I thought he did. He's, he was talking about the videotape, et cetera. And the only place to get that is from that memo, right? He was only referring to that in connection with, after he provided 17 pages regarding his interpretation of the cases. I, I got, I got your argument on that. Then he refers to Mr. Carthen's representation in the, in the memo that he didn't do it, that a friend of his did it. And that's when he refers to the videotape saying, I believe on the videotape. The judge says, I believe on the videotape there's two people there. Yeah. There's a defendant and somebody else. Which tells you he was talking about relying on, dealing with that evidence, right? Without making a finding there that Mr. Carthen's had knowledge of what his friend was doing. Mr. Epstein, I think, I think we understand your position. Thank you very much, Your Honor. We thank both, uh, counsel, uh, and we will take, uh, the matter under advisement.